

# IN THE
# TENTH COURT OF APPEALS

_____

**No. 10-17-00317-CR**
**No. 10-19-00074-CR**

**CHAZ ANTHONY PHILLIP JONES,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the 413th District Court**
**Johnson County, Texas**
**Trial Court No. F50789**

_____

## SEVERANCE ORDER

_____

In Trial Court Case No. F50789, appellant Chaz Anthony Phillip Jones pled guilty to one count of Aggravated Sexual Assault of a Child (Count I), one count of Online Solicitation of a Minor (Count II), and one count of Possession of a Controlled Substance under 1 gram (Count III). After a bench trial for punishment, the court assessed Jones's punishment at 45 years in prison on Count I, 20 years in prison on Count II, and 2 years in state jail, probated for two years on Count III. Three judgments were signed, one for each count.

Jones filed one notice of appeal, showing his desire to appeal from "the judgment of conviction and sentence" rendered against him in Trial Court Case No. F50789. The appeal therefore bears one case number, Court of Appeals No. 10-17-00317-CR.

Jones's appointed appellate counsel filed a brief challenging only the judgments and sentences for Counts I and II. After counsel was ordered to file either a brief bringing any alleged error or an *Anders*-type motion to withdraw and a supporting brief as to Count III, Jones's counsel filed an *Anders*-type motion to withdraw and a supporting brief as to Count III. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Counsel also filed a motion to sever as to that count. *See Kirven v. State*, No. 10-14-00122-CR (Tex. App.—Waco Oct. 22, 2015, order) (not designated for publication).

Accordingly, Jones's Motion for Severance of Counts as to Count III of the District Court's Judgment is granted. Count III of trial court cause number F50789 is assigned 10-19-00074-CR as its case number on appeal. The Clerk of this Court is ordered to file Jones's Motion to Withdraw, Motion for Severance of Counts, and Supplemental Brief of Appellant all filed on May 15, 2018, and all the remaining orders, notices, and responses rendered or filed since May 15, 2018 in appellate case number 10-19-00074-CR. The Clerk of this Court is also ordered to file copies of the reporter's record and the clerk's record that were filed in appellate case number 10-17-00317-CR in appellate case number 10-19-00074-CR.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins[1]
Motion granted
Order issued and filed February 27, 2019



---

[1] The Honorable Al Scoggins, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003 (West 2013).